# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                              NO. 4:11CR00085-01 JM

MARKON DANE SWANIGAN                                                             DEFENDANT

## ORDER

The hearing on the superseding motion for revocation of supervised release (Docket Entry #63) is hereby rescheduled to begin on **WEDNESDAY, MARCH 4, 2015, at 11:00 A.M.**, in Courtroom #4-A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.  Defendant's counsel is directed to notify the defendant of this modification.

IT IS SO ORDERED this 26th day of February, 2015.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE